1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAVIER LOPEZ DIAZ,                    Case No. 2:22-cv-00252-JDP (HC)

12              Petitioner,               ORDER DIRECTING PETITIONER TO FILE
                                          AN APPLICATION TO PROCEED IN
13        v.                              FORMA PAUPERIS OR PAY THE FILING
                                          FEE
14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                Respondent.
16

17        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma*

19   *pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of

21   a request to proceed *in forma pauperis* or to submit the appropriate filing fee.

22        In accordance with the above, it is hereby ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, either an affidavit

24   in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

25        2.  Petitioner's failure to comply with this order will result in a recommendation that this

26   action be dismissed.

27

28

                                         1

3.  The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:    February 9, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE