UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LOPEZ DIAZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　　Respondent. | Case No.  2:22-cv-00252-KJM-JDP (HC)<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 28, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2022, are adopted in full;

2. Respondent's third claim, identified above as the trial court's failure to give *sua sponte* instructions on lesser included offenses, is dismissed; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: January 17, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE

2